UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2253 PA (SSx) | Date | November 13, 2014 |
|---|---|---|---|
| Title | Christine Inman, et al. v. Bank of America | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Julieta Lozano | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Sanctions**

　　Before the Court is a Complaint filed by plaintiffs Christine L. Inman and David Inman (collectively, "Plaintiffs") on November 3, 2014. An identical action, Civil Case No. 5:13-cv-00751-PA (SPx) (the "First Action") was filed and assigned to this Court on April 24, 2013. This Court issued a Scheduling Order on January 9, 2014 in the First Action. Discovery cut-off was set for July 7, 2014, motion cut-off for July 14, 2014, and a jury trial was set for September 16, 2014. On May 8, 2014, Plaintiffs filed a stipulation to continue the trial until January 2015. This Court denied the stipulation. The parties then filed a joint stipulation to dismiss the First Action without prejudice in June 2014, which this court granted. Plaintiffs' new action is essentially identical to the First Action.

　　The Court orders all counsel in the First Action to show cause why they should not be sanctioned up to $2,000 for their transparent attempt to circumvent the Court's Scheduling Order in the First Action. Plaintiffs are also ordered to serve a copy of this Order on Bank of America's counsel in the First Action no later than November 20, 2014.

　　Counsel shall file their responses to this Order to Show Cause no later than December 1, 2014. Failure to timely respond to this order to show cause may result in the imposition of sanctions, including the dismissal of this action without prejudice.

　　The Court orders Plaintiffs to serve defendant with the Summons and Complaint no later than November 20, 2014, and to file a Proof of Service with the Court no later than November 21, 2014. The Court sets a Scheduling Conference in this matter for December 22, 2014 at 10:30 am. The parties shall file a joint 26(f) Report by December 15, 2014.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer